UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DENNIS W. ROSELL,<br><br>      Plaintiff,<br><br> v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>      Defendant. | CASE NO. 3:22-cv-05424-TL<br><br>ORDER TO SHOW CAUSE |

  Plaintiff's Complaint seeking review of the Commissioner's decision denying social security benefits was filed on June 9, 2022. Dkt. No. 1. The Clerk issued summonses on June 14, 2022. Dkt. No. 5.

  Pursuant to Federal Rule of Civil Procedure 4(m), a plaintiff must serve the defendant within 90 days after the complaint is filed. To this day, Plaintiff still has not served Defendant.

  Plaintiff is directed to file proof of service on Defendant no later than November 29, 2022, or to show cause as to why this case should not be dismissed. Plaintiff may effectuate service electronically as detailed in General Orders 04-15 and 05-15, by sending a copy of the summonses and complaint, along with Plaintiff's identifying information, by email to

///

///

///

///

ORDER TO SHOW CAUSE - 1

USAWAW.SSAClerk@usdoj.gov. If Plaintiff fails to respond to this order by November 29, 2022, the Court may dismiss this case.

Dated this 15th day of November 2022.

Tana Lin
United States District Judge