UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DENNIS W. ROSELL,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　　Defendant. | CASE NO. 3:22-cv-05424-TL<br><br>ORDER TO SHOW CAUSE OR FILE ANSWER |

　　　　Plaintiff's Complaint seeking review of the Commissioner's decision denying social security benefits was filed on June 14, 2022. Dkt. No. 4. The Clerk issued summonses the same day. Dkt. No. 5. Plaintiff filed proof of service on November 18, 2022. Dkt. No. 7. Plaintiff's affidavit of service does not state when he served the Commissioner, so the Court assumes he did so on the date he filed the proof of service. Under Federal Rule of Civil Procedure 12(a)(2), the Commissioner was required to serve an answer to Plaintiff's Complaint within 60 days after service, thus the Commissioner's answer was due by January 17, 2023. *See also* Fed. R. Civ. P. SUPP SS 4. To date, the Commissioner has filed no answer or any response to the complaint.

　　　　Accordingly, by no later than March 14, 2023, the Commissioner is ORDERED to (1) show cause why an answer was not timely filed, or (2) file an answer.

///

///

ORDER TO SHOW CAUSE
OR FILE AN ANSWER - 1

The Clerk is directed to send a copy of this Order to the United States Attorney's Office for the Western District of Washington, SSA Clerk Civil Division, by emailing USAWAW.SSAClerk@usdoj.gov.

Dated this 7th day of March 2023.

Tana Lin
United States District Judge